DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LOUIS RUBIN,**
Appellant,

v.

**SWINK INNOVATIONS, INC.,**
Appellee.

No. 4D2023-2577

[April 10, 2024]

Appeal from the County Court for the Nineteenth Judicial Circuit, Indian River County; Robyn E. Stone, Judge; L.T. Case No. 312023SC001500.

Louis Rubin, Grant, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed. See Walker v. Estate of Yee*, 376 So. 3d 758, 758 (Fla. 4th DCA 2024).

KLINGENSMITH, C.J., CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***